George B. Piggott (SBN 68227)
a member of GEORGE B. PIGGOTT,
A PROFESSIONAL CORPORATION
2603 Main Street, Ninth Floor
Irvine, California 92614-6232
Tel.:   (949) 261-0500
Fax:   (949) 261-1085
Email: gbpapc@aol.com

Attorney for Defendants PATRICK SOARS
and AUSTRALIAN NATIVE LANDSCAPES
PTY LTD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICE AIRCRAFT SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK SOARS, an individual, PETER WEILAND, an individual, WEILAND AVIATION GROUP, an Australian corporation, and AUSTRALIAN NATIVE LANDSCAPES PTY LTD, an Australian proprietary limited company,<br><br>Defendants. | **Case No. 2:14-cv-02878-MCE-EFB**<br><br>**ASSIGNED TO:**<br>**HON. MORRISON C. ENGLAND, JR.**<br><br>**STIPULATION FOR FILIING RESPONSIVE PLEADING; ORDER THEREON** |

The parties dispute whether Defendants PATRICK SOARS and AUSTRALIAN NATIVE LANDSCAPES PTY LTD ("Defendants") have been properly served. Plaintiff RICE AIRCRAFT SERVICES, INC. contends that Defendants have been properly served; Defendants contend that they have not. To avoid litigating their dispute regarding proper service,

IT IS HEREBY STIPULATED, by and between Plaintiff RICE AIRCRAFT SERVICES, INC. ("Plaintiff") and Defendants PATRICK SOARS and AUSTRALIAN NATIVE LANDSCAPES PTY LTD ("Defendants"), by and through their respective attorneys, pursuant to Local Rule 144(a), that:

(1) Defendants will not contest that they were properly served;

(2) Defendants shall have to and including April 17, 2015, in which to file their responsive pleadings to Plaintiff's Complaint;

(3) Defendants' responsive pleadings may include, but shall not be limited to, motions pursuant to Rule 12(b)(2) and (6) of the Federal Rules of Civil Procedure to dismiss the action as to Defendants for lack of personal jurisdiction and failure to state a claim upon which relief can be granted; and

(4) This stipulation shall be without prejudice to Defendants' right to contest whether this court has personal jurisdiction over them.

DATED:  March 31, 2015

/s/ Matthew J. Weber
Matthew J. Weber (State Bar No. 227314)
DOWNEY BRAND LLP

Attorneys for Plaintiff RICE AIRCRAFT SERVICES, INC.

DATED:  March 31, 2015

/s/ George B. Piggott
George B. Piggott (State Bar No. 68227)
a member of GEORGE B. PIGGOTT,
A PROFESSIONAL CORPORATION

Attorney for Defendants PATRICK SOARS and AUSTRALIAN NATIVE LANDSCAPES PTY LTD

# ORDER

In light of the stipulations of the parties made above,

IT IS SO ORDERED.

Dated: April 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT