DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
AVALON C. JOHNSON (Bar No. 288167)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:	(209) 473-6450
Facsimile:	(209) 473-6455
mweber@downeybrand.com
ajohnson@downeybrand.com

Attorneys for Plaintiff
RICE AIRCRAFT SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RICE AIRCRAFT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK SOARS, et al., <br><br> Defendant. | Case No.  2:14-cv-02878-MCE-EFB <br><br> **STIPULATION EXTENDING TIME FOR RULE 26(f) CONFERENCE, JOINT STATUS REPORT, and RULE 26(a) DISCLOSURES; ORDER THEREON** <br><br> Judge:	Hon. Morrison C. England, Jr. |

WHEREAS Defendants Patrick Soars and Australian Native Landscapes Pty Ltd. ("Defendants") intend to file a motion pursuant to Federal Rule of Civil Procedure 12(b) to dismiss the complaint filed in this action by Plaintiff Rice Aircraft Services Inc. ("Plaintiff"); and

WHEREAS the parties agree that it is in their interests to conserve their resources and the Court's by waiting to file a joint status report and exchange initial disclosures pursuant to Rule 26(a) until this Court decides Defendants' Rule 12(b) motion;

Plaintiff and Defendants HEREBY STIPULATE AS FOLLOWS:

1.	Plaintiff and Defendants shall conduct their Rule 26(f) conference seven (7) days after the issuance of the Court's written order on Defendants' Rule 12(b) motion;

2.	Plaintiff and Defendants shall file their Joint Status Report with this Court, as required by this Court's Order (ECF No. 5), seven (7) days after the issuance of the Court's

written order on Defendants' Rule 12(b) motion;

    3.    Plaintiff and Defendants shall serve their Rule 26(a) initial disclosures within fourteen (14) days after they conduct their Rule 26(f) conference;

    4.    Defendants shall be relieved from their obligations under paragraphs 1, 2 and 3 if their motion to dismiss is granted and they are dismissed from the action; and

    5.    This agreement is not binding on Defendants Peter Wieland and Wieland Aviation Group.

SO STIPULATED.

DATED: April 7, 2015

        /s/ Avalon Johnson
MATTHEW J. WEBER
AVALON C. JOHNSON
Attorneys for Plaintiff Rice Aircraft Services, Inc.

DATED: April 7, 2015

    /s/ George B. Piggott_(as auth'd on 4/6/15)
GEORGE B. PIGGOTT, a member of George B. Piggott, A Professional Corporation
Attorney for Defendants
Patrick Soars and
Australian Native Landscapes Pty Ltd.

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff and Defendants shall conduct their Rule 26(f) conference seven (7) days after the issuance of the Court's written order on Defendants' Rule 12(b) motion;

2. Plaintiff and Defendants shall file their Joint Status Report with this Court, as required by this Court's Order (ECF No. 5), seven (7) days after the issuance of the Court's written order on Defendants' Rule 12(b) motion;

3. Plaintiff and Defendants shall serve their Rule 26(a) initial disclosures within fourteen (14) days after they conduct their Rule 26(f) conference;

4. Defendants shall be relieved from their obligations under paragraphs 1, 2 and 3 if their motion to dismiss is granted and they are dismissed from the action; and

5. This agreement is not binding on Defendants Peter Wieland and Wieland Aviation Group.

IT IS SO ORDERED.

Dated: April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT