UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICE AIRCRAFT SERVICES, INC., | No. 2:14-cv-2878 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| PATRICK SOARS, et al, | |
| Defendants. | |

On January 9, 2018, plaintiff filed a motion for default judgment and noticed that motion for hearing before the undersigned on February 9, 2018. (ECF No. 40.) Plaintiff's notice of motion states that because the defendants "have not appeared, they are not entitled to notice of the motion and hearing." (Id. at 2.) Although plaintiff's assertion may be correct, out of an abundance of caution, the undersigned will require plaintiff to serve the defaulted defendants with notice of plaintiff's motion. See generally Wilson v. Moore & Associates, Inc., 564 F.2d 366, 368-69 (9th Cir. 1977) ("No party in default is entitled to 55(b)(2) notice unless he has 'appeared' in the action. The appearance need not necessarily be a formal one, i.e., one involving a submission or presentation to the court. In limited situations, informal contacts between the parties have sufficed when the party in default has thereby demonstrated a clear purpose to defend the suit.").

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The February 9, 2018 hearing of plaintiff's motion for default judgment (ECF No. 40) is continued to **Friday, March 16, 2018,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

2. On or before February 16, 2018, plaintiff shall serve a copy of this order and plaintiff's notice of motion for default judgment on the defaulted defendants; and

3. Within five days of providing service on the defaulted defendants, plaintiff shall file proof of such service.

Dated: February 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\rice2878.hrg.cont.ord