UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICE AIRCRAFT SERVICES, INC., | No. 2:14-cv-2878 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| PATRICK SOARS, et al., | |
| Defendants. | |

This action came before the court on March 16, 2018, for hearing of plaintiff's motion for default judgment. (ECF No. 40.) Attorney Avalon Johnson Fitzgerald appeared on behalf of the plaintiff. No appearance was made by, or on behalf of, any defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Within 21 days of the date of this order plaintiff shall file a supplemental memorandum addressing:

    A. Why this court has personal jurisdiction over defendant Peter Wieland and defendant Wieland Aviation Group.

    B. If the basis for personal jurisdiction is the parties' partnership agreement, does the language of that agreement provide this court with personal jurisdiction over the defendants for plaintiff's claims of interference with plaintiff's contractual relationship with the Philippine

government, interference with plaintiff's economic relationship with the Philippine government, and defamation.

   C. Does plaintiff still contend, as asserted in plaintiff's September 28, 2017 Status Declaration, that the arbitration process with the government of the Philippines "will likely impact the amount of damages RICE ultimately suffers as the result of the WIELAND Defendants' conduct and thus will impact the relief RICE would seek through a default judgment in this case." (ECF No. 39 at 2.)

  2. Plaintiff shall attach as an exhibit a copy of the most recent partnership agreement at issue in this action bearing the signatures of Robert Rice, Thach Nguyen, and Peter Wieland.

Dated:  March 16, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\rice2878.oah.031618