UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICE AIRCRAFT SERVICES, INC., | No. 2:14-cv-2878 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| PATRICK SOARS, et al., | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On June 29, 2018, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

////

////

////

1. The findings and recommendations filed June 29, 2018 (ECF No. 49) are adopted in full; and

2. Plaintiff's January 9, 2018 motion for default judgment (ECF No. 40) is denied.

IT IS SO ORDERED.

Dated: September 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

\rice2878.jo